IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00294-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AMADO MEDINA,
2. LUCY MEDINA,
3. MARIA MEDINA,
4. ARMANDO MEDINA-GOMEZ, a/k/a "Junior,"
5. ARMANDO VALDOVINOS, a/k/a Armando Baldobinos,
6. FRANCISCO VELEZ, a/k/a Francisco Veles, a/k/a "Chico,"
7. MILITZA VELEZ, a/k/a Militza Palomera, a/k/a "Milly,"
8. LUIS HERNANDEZ, a/k/a Luis Hernandez-Holguin,
9. EDILBERTO MEDINA-CASTENADA, a/k/a "Beto," a/k/a "Betito,"
10. ANGEL VELEZ-MEDINA,
11. MIGUEL IZAGUIRRE,
12. PATRICK MADRID,
13. MARTIN VALDOVINES-VAZQUEZ,
14. **INGRID CALAR**,
15. SAUL GARCIA-ANTILLON,
16. CARLOS SIMENTAL,
17. ROBERT OLIVAS,
18. ANTHONY PINO,
19. ROSARIO VARGAS,
20. SANTIAGO MEDINA,
21. ELMA GARCIA,
22. EDGAR GARCIA-ANTILLON,
23. MARTIN PELAYO,
24. ISIDRO PELAYO-CASTELLON,
25. ALONSO MEDINA,
26. EUGENIO SANTANA,
27. HECTOR HERNANDEZ-HINOJOS,
28. JOSE ALBERTO MALDONADO-GARCIA,

    Defendants.

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL
## AT MOTIONS HEARING

Defendant Ingrid Calar's Motion to Substitute Counsel (Dkt. # 376) is GRANTED.  It is hereby

ORDERED that Martha H. Eskesen, Esq. may appear as substitute counsel for Defendant Calar solely for the purpose of the March 13, 2006 status conference/ motions hearing.

DATED: March 10, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge